# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 5, 2023

Lyle W. Cayce
Clerk

No. 22-40726
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARITZA CLAUDIA FERNANDA LORZA RAMIREZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:18-CR-76-1

Before KING, HAYNES, and GRAVES, *Circuit Judges*.

PER CURIAM:[*]

Raising two claims of error, Maritza Claudia Fernanda Lorza Ramirez appeals her conviction for obstruction of justice in violation of 18 U.S.C. § 1503 and 18 U.S.C. § 2.[1]  First, Lorza Ramirez has not shown clear or obvious error stemming from the exclusion of 18 U.S.C. § 1515(c) language

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

[1]  Lorza Ramirez failed to preserve the particular errors claimed on appeal, so we review them for plain error. *Puckett v. United States*, 556 U.S. 129, 135 (2009).

No. 22-40726

from the indictment. *See United States v. Vasquez*, 899 F.3d 363, 371, 373 (5th Cir. 2018); *see also United States v. Peters*, 349 F.3d 842, 849 (5th Cir. 2003); *United States v. Wise*, 221 F.3d 140, 148 (5th Cir. 2000). Second, Lorza Ramirez has not shown clear or obvious error in connection with the challenged jury instruction, which tracked Fifth Circuit Pattern Jury Instruction (Criminal Cases) 2.63A as well as the language of § 1515(c). *See United States v. Fisch*, 851 F.3d 402, 410 (5th Cir. 2017).

Accordingly, the judgment of the district court is AFFIRMED.